**DISMISS and Opinion Filed December 31, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00833-CV

**TSM DEVELOPMENT, LLC, Appellant**
**V.**
**PLANO ICE HOUSE, LLC, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-05099-2017**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Evans
Opinion by Justice Reichek

Before the Court is appellant's December 27, 2019 agreed motion to dismiss this appeal.

We grant the motion and dismiss this appeal.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

190833F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TSM DEVELOPMENT, LLC, Appellant

No. 05-19-00833-CV          V.

PLANO ICE HOUSE, LLC, Appellee

On Appeal from the 366th Judicial District Court, Collin County, Texas
Trial Court Cause No. 366-05099-2017.
Opinion delivered by Justice Reichek, Justices Molberg and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

Subject to any agreement of the parties, we **ORDER** that appellee Plano Ice House, LLC recover its costs of this appeal from appellant TSM Development, LLC.

Judgment entered December 31, 2019